### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE | ) | CHAPTER 13 |
|  | ) |  |
| JOSEPH M. TINNEY, | ) | CASE NO.: 20-10949-AMC |
| Debtor | ) |  |
| ~~~~~~~~~~~~~~~~~~~~~~~ | ) |  |
| STEWARD FINANCIAL SERVICES, (C/O | ) |  |
| WESTLAKE PORTFOLIO MANAGEMENT), | ) |  |
| Movant | ) | **HEARING DATE:** |
| vs. | ) | Tuesday, February 22, 2022 |
|  | ) | 11:00 A.M. |
| JOSEPH M. TINNEY, and | ) |  |
| SUSAN P TINNEY, Codebtor. | ) |  |
| Respondent(s) | ) |  |
| and | ) |  |
|  | ) | **LOCATION:** |
| KENNETH E. WEST | ) | United States Bankruptcy Court 900 |
| Trustee | ) | Market Street |
|  | ) | Courtroom No. 4 |
|  | ) | Philadelphia, PA 19107 |

### MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY

AND NOW, comes the above-captioned Movant, Steward Financial Services, (C/O Westlake Portfolio Management), by and through their attorney, Jason Brett Schwartz, Esquire, who files this Motion based upon the following:

1.    The Movant is a corporation having a principal place of business located at 4751 Wilshire Blvd., Ste. 100, Los Angeles, CA 90010.

2.    The Respondent, Joseph M. Tinney is an individual with a mailing address at 419 Tanner Road, Hatboro, PA 19040, who has filed a Petition under Chapter 13 of the Bankruptcy Code.

3.    On or about July 27, 2017, Debtor Joseph M. Tinney and Codebtor SUSAN P TINNEY entered into a Retail Installment Sales Contract, involving a loan in the amount of $22,430.85 for the purchase of a 2012 Buick Enclave Leather Sport Utility 4D.

4.    The vehicle secured by the Contract has V.I.N. 5GAKVCED5CJ210973.

5.      Movant is the assignee of the Contract.

6.      The above – described vehicle is encumbered by a lien with a payoff in the amount of $14,202.70 plus other appropriate charges as of February 01, 2022 but subject to change. The regular monthly payment is $486.03 at an interest rate of 13.50%.

7.       Applying payments received to the earliest payment due, payments have been missed post-petition, since March 27, 2020 in the amount of $11,064.72, plus all applicable late charges, interest, attorneys' fees and costs plus Pre-Petition Payments of $435.09.

8.      The Property has a Kelley Blue Book Value of $11,677.00.

9.      The vehicle is not necessary to an effective reorganization.

10.     The Movant is the only lienholder of record with regard to the vehicle.

11.     In order to proceed with repossession of the vehicle, relief from the automatic stay must be obtained.

12.     Failure to make adequate protection payments is cause for relief from the automatic stay and codebtor stay.

13.     The Movant has incurred attorney's fees in the filing of this Motion.

14.     The vehicle is a rapidly depreciating asset. Movant requests the waiver of Rule 4001(a)(3).

WHEREFORE, Movant prays for your Honorable Court to enter an Order permitting the Movant to proceed with the repossession proceedings of the aforementioned vehicle.

Respectfully submitted,
Mester & Schwartz, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Movant
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036